**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Darryl Dewayne Harper v. The State of Texas

Appellate case number:   01-12-00202-CR

Trial court case number:  1297713

Trial court:             248th District Court of Harris County

This case was abated and remanded to the trial court on November 7, 2012. The order of abatement directed the trial court to determine whether appellant still desired to pursue his appeal, determine whether good cause exists to relieve appellant's counsel of his duties, and either remove appellant's counsel and substitute new counsel or set a date certain when appellant's counsel must file his brief. The trial court held a hearing on the order of abatement on November 26, 2012, and the court reporter has filed a reporter's record of the hearing. The trial court found that appellant still wished to pursue this appeal, that good cause did not exist for relieving counsel of his duties, and that counsel had completed appellant's brief. The court therefore set November 27, 2012 as the deadline for filing appellant's brief. Counsel filed appellant's brief with this Court on November 26, 2012. Accordingly, we REINSTATE this case on the Court's active docket.

Further, because appellant's brief is filed effective on reinstatement of this case, the State's brief, if any, is ORDERED to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Justice Jennings
                 ☒ Acting individually    ☐ Acting for the Court

Date: December 4, 2012